IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milton Ray Pollock,<br><br>        Petitioner,<br><br>   vs.<br><br>Robert L. Ayers, Jr., Warden of San Quentin State Prison,<br><br>        Respondent. | No. 4-5-cv-1870-SBA<br><br>Death Penalty Case<br><br>Order Granting Motion for Appointment of Counsel |

For good cause appearing, IT IS HEREBY ORDERED that the Motion for Appointment of Counsel filed by the Office of the Federal Public Defender for the District of Arizona is GRANTED. The Office of the Federal Public Defender for the District of Arizona is appointed to represent Mr. Pollock in these proceedings.

IT IS SO ORDERED.

DATED: 7/28/11

_____
Hon. Saundra Brown Armstrong
United States District Court Judge