IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milton Ray Pollock, | No.  4-5-cv-1870-SBA |
| Petitioner, | <u>Death Penalty Case</u> |
| vs. | Order Granting Petitioner's Second Motion for Extension of  Time to File Disputes Regarding the Lodged Record |
| Robert L. Ayers, Jr., Warden of San Quentin State Prison, | |
| Respondent. | |

For good cause appearing and no opposition,

IT IS HEREBY ORDERED that Petitioner's Second Motion for Extension of Time to File Disputes Regarding the Lodged Record is granted.   If the parties are unable to resolve any disputes regarding the lodged record, Petitioner shall file an appropriate motion by April 26, 2012; Respondent shall respond by May 26, 2012; and Petitioner shall file any reply by June 9, 2012.

*It is so ordered.*

DATED: _3/9/12

_____
Hon. Saundra Brown Armstrong
United States District Court Judge

Case No. 3-7-cv-3302-SI

Order Granting Petitioner's Second Motion for Extension of Time to File Disputes Regarding the Lodged Record

Page 1 of  1