UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON RAY POLLOCK,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES HILL, Warden,<br>Richard J. Donovan Correctional Facility,<br><br>    Respondent. | Case No. 05-cv-01870-SI<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 108 |

Having reviewed the parties' proposed Case Management Order, the Court directs the parties as follows:

(1) Respondent shall lodge the state court record by February 10, 2023.

(2) Petitioner shall file an Amended Petition for Writ of Habeas Corpus by June 22, 2023.

(3) Respondent shall file his Answer to Petitioner's Amended Writ of Habeas Corpus by January 29, 2024.

(4) Petitioner shall file his Reply to Respondent's Answer to Petitioner's Amended Petition for Writ of Habeas Corpus by April 29, 2024.

(5) Respondent shall file a Supplemental Brief on the Application of Procedural Bars by July 29, 2024.

(6) Petitioner shall file his Response to Respondent's Supplemental Brief on the Application of Procedural Bars by October 28, 2024.

(7) Respondent shall file his Reply to Respondent's Response to his Supplemental Brief on

the Application of Procedural Bars by January 27, 2025.

(8) Subsequent briefing will be scheduled once the Court issues a ruling on Petitioner's Supplemental Brief on the Application of Procedural Bars.

**IT IS SO ORDERED**.

Dated: January 31, 2023

_____
SUSAN ILLSTON
United States District Judge